AMARO | BALDWIN LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| ALMA MANUELA HERNANDEZ, an individual<br><br>        Plaintiff,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS LLC, a Delaware Corporation; and DOES 1 TO 50, INCLUSIVE,<br><br>        Defendants. | CASE NO. 2:25−cv−11935−DSF−MAA<br><br>(Case Assigned to District Judge Dale S. Fischer<br>Magistrate Judge Maria A. Audero)<br><br>[PROPOSED] ORDER RE STIPULATION AND PROTECTIVE ORDER<br><br>(Removed from Los Angeles County Superior Court Case No. 25NNCV06876)<br><br>Complaint Filed:   October 1, 2025<br>Trial Date:          January 3, 2028 |

## ORDER

**GOOD CAUSE APPEARING,** the Court herby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated:_____March 17, 2026_____

_____
Magistrate Judge Maria A. Audero

1